IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
NOV 1 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-62-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JEFF LEE JEWART, | |
| Defendant. | |

Pursuant to Federal Rule of Evidence 201(c)(1), the Court takes judicial notice of the Information and Judgment filed in *Wyoming v. Jeff Lee Jewart*, Wyoming Seventh Judicial District Court, Criminal Case Number 18379-B. The Information and Judgment are attached to this Order.

DATED this 31st day of October, 2019.

SUSAN P. WATTERS
United States District Judge

1